### HENDERSON et al. v. DAVIS et al.

No. 7766—Opinion Filed Nov. 14, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 683.)

**Appeal and Error—Case-Made—Service.**

A case-made not served within the time allowed by law, or extended by a valid order of court, is a nullity, and cannot be considered by the Supreme Court on appeal.

(Syllabus by Bleakmore, C.)

Error from District Court, Seminole County; Tom D. McKeown, Judge.

Action by W. E. Dixon against J. O. Davis, in which Rina Henderson and Bud Henderson were made parties defendant. Judgment for plaintiff, and defendants Henderson bring error. Appeal dismissed.

John W. Willmott, for plaintiffs in error.

Fowler & Biggers, for defendant in error Davis.

Opinion by BLEAKMORE, C. This case comes on to be heard upon motion of defendants in error to dismiss the appeal.

On April 20, 1915, motion for new trial was overruled, and plaintiffs in error were allowed 90 days from that date to prepare and serve a case-made. Fourteen days after the expiration of said time the trial court entered its order attempting to extend such time an additional 40 days. This last order of the court was void for want of jurisdiction, and the case-made, not being prepared and served within the time allowed by the former valid order of the court, is a nullity. McLean v. McLean, 45 Okla. 765, 147 Pac. 802.

The errors assigned are not such as may be reviewed upon transcript of the record.

The appeal is therefore dismissed.

By the Court: It is so ordered.